NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ROBERT HARIS,

          Petitioner,

          v.

ERIC ROKOSKY, *et al.*,

          Respondents.

No. 25-cv-17913

**ORDER**

**CECCHI, District Judge.**

This matter is before the Court upon Robert Haris's ("Petitioner") petition for writ of habeas corpus under 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner has also moved for a temporary restraining order ("TRO") to obtain his release from custody or, in the alternative, a bond hearing. ECF No. 2. He also seeks an order enjoining Respondents from transferring him out of the district during the pendency of these proceedings. Having reviewed the Petition pursuant to Rule 4 of the Rules Governing Section 2241 Proceedings in the United States District Courts, the Court concludes that it is appropriate for the Petition to proceed at this time.

**IT IS** therefore on this 26th day of November, 2025,

**ORDERED** that the Clerk's Office shall serve a copy of the Petition (ECF No. 1), Petitioner's motion for a TRO (ECF No. 2), and this Order on Respondents by regular U.S. mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk's Office shall forward a copy of the Petition (ECF No. 1), Petitioner's motion for a TRO (ECF No. 2), and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that within fourteen (14) days of the date of the entry of this Order, Respondents shall file and serve a response which responds to the allegations and grounds in the Petition, and which includes all affirmative defenses Respondents seeks to invoke; and it is further

**ORDERED** that Respondents shall file and serve with the response certified copies of all documents necessary to resolve Petitioner's claims and Respondents' affirmative defenses; and it is further

**ORDERED** that within seven (7) days of receipt of the response, Petitioner may file a reply; and it is further

**ORDERED** that within seven (7) days of Petitioner's release, be it parole or otherwise, Respondents shall electronically file a written notice of the same with the Clerk; and it is further

**ORDERED** that Petitioner shall not be removed from a facility within the District of New Jersey, or from the United States, without permission from this Court. The Court has authority to stay removal under the All Writs Act. *See* 28 U.S.C. § 1651 (permitting courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law"); *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (recognizing "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels."); *see also Dabone v. Karn*, 763 F.2d 593, 597 n.2 (3d Cir. 1985); and it is further

**ORDERED** that Petitioner's Motion for a TRO is **DENIED AS MOOT** in light of the Court ordering Respondents to file a response to the Petition; and it is finally

**ORDERED** that the Clerk's Office shall serve a copy of this Order upon Petitioner by regular U.S. mail.

*s/ Claire C. Cecchi*
**CLAIRE C. CECCHI, U.S.D.J.**